Judge McMahon

08 CRIM 534

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

       - v. -                         :

ZACKERY OWENS,                       :

           Defendant.              :

- - - - - - - - - - - - - - - - x

INDICTMENT

08 Cr.

## COUNT ONE

The Grand Jury charges:

On or about January 4, 2008, in the Southern District of New York, ZACKERY OWENS, the defendant, unlawfully, willfully, and knowingly, after having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about June 14, 1989, in the Circuit Court of the City of Virginia Beach, Virginia, for Rape, in violation of Virginia Code Section 18.2-61, did possess in and affecting commerce, a firearm, to wit, a loaded Bryco 9 millimeter handgun, and ammunition, to wit, nine Remington Peters 9 millimeter bullets, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney